**Petition for Writ of Mandamus; Dismissed and Opinion filed October 31, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00675-CV

---

## IN RE 4KBC TRUCKING, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-55512**

---

## MEMORANDUM OPINION

On Thursday, September 14, 2023, relator 4KBC Trucking, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula A. Hall, presiding judge of the 165th District Court of Harris County, to rule on its motion to transfer venue.

Relator 4KBC Trucking filed a petition for a writ of mandamus on September 14, 2023, asking this court to compel the trial court to rule on a pending motion to transfer venue. On October 14, 2023, the Honorable Ursula Hall ruled on the motion after the petition was filed.

A petition for a writ of mandamus for failure to rule is dismissed as moot when the trial court rules after the petition for writ of mandamus is filed. *See In re Fiesta Mart, L.L.C.*, No. 14-18-00180-CV, 2018 WL 1476261, at *1 ((Tex. App.—Houston [14th Dist.]  Mar. 27, 2018, orig. proceeding.) (Dismissing petition for writ of mandamus as moot when trial court ruled after petition was filed.) Thus, we dismiss the petition as moot.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Bourliot, and Hassan.